**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**SIXTH DIVISION**

| | | |
|---|---|---|
| FIRST INTEGRITY BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 CV 2761 |
| | ) | (MJD/RLE) |
| THE OHIO CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Cole S. Kain, having filed an application to withdraw as counsel of record for the Defendant, The Ohio Casualty Insurance Company, pursuant to Rule 83.7(c), good cause having been shown:

IT IS HEREBY ORDERED that defendant's the Application to Withdraw is granted.

Dated: November 13, 2006

s / Michael J. Davis
Judge Michael J. Davis
United States District Court

DN: 302840